# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY YBARRA,<br><br>        Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, JR.,<br>Warden,<br><br>        Respondent. | Case No. ED CV 12-0056 MWF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 3, 2013

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE